**Order filed, October 19, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00544-CR

_____

**JOHOAN RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1308110**

---

## ORDER

The reporter's record in this case was due **October 8, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Billy Jalufka**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM